# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

E-filing **OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**



Clerk, USDC Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

CV  08    1505

MMC  (PR)

**RE:**        **OBA L. FRELIMO vs.  DERRAL ADAMS**
**USDC No.:**    **1:08–CV–00323–OWW–DLB**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
March 10, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**March 10, 2008**        ·    /s/ **C. Esteves**
_____

Deputy Clerk

RECEIVED BY:
_____

Please Print Name

DATE RECEIVED:
_____

NEW CASE
NUMBER:
_____

CLOSED, HABEAS

**U.S. District Court**
**Eastern District of California - Live System (Fresno)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-00323-OWW-DLB**
**Internal Use Only**



(HC) Frelimo v. Adams
Assigned to: Judge Oliver W. Wanger
Referred to: Magistrate Judge Dennis L. Beck
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/06/2008
Date Terminated: 03/10/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Petitioner**

**Oba L. Frelimo**

represented by **Oba L. Frelimo**
J-25506
4001 King Avenue
Corcoran, CA 93212-8309
PRO SE

I hereby attest and certify on  5-10-08
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By_____ Deputy

V.

**Respondent**

**Warden Derral Adams**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2008 | ● 1 | PETITION for WRIT of HABEAS CORPUS by Oba L. Frelimo. (Sondheim, M) (Entered: 03/07/2008) |
| 03/06/2008 | ● 2 | MOTION to PROCEED IN FORMA PAUPERIS by Oba L. Frelimo. (Sondheim, M) (Entered: 03/07/2008) |
| 03/07/2008 | ● 3 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Sondheim, M) (Entered: 03/07/2008) |
| 03/07/2008 | ● | SERVICE BY MAIL: 3 Prisoner New Case Documents for OWW served on Oba L. Frelimo. (Sondheim, M) (Entered: 03/07/2008) |
| 03/07/2008 | ● | (Court only) ***STAFF NOTE: Case screened, order granting IFP submitted to DLB/kr. (Sondheim, M) (Entered: 03/07/2008) |
| 03/10/2008 | ● 4 | ORDER of Transfer signed by Magistrate Judge Dennis L. Beck on 3/10/2008. CASE TRANSFERRED to District of CA/Northern: certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Entered: 03/10/2008) |
| 03/10/2008 | ● | SERVICE BY MAIL: 4 Order, Case Transferred Out to Northern District, served on Oba L. Frelimo. (Esteves, C) (Entered: 03/10/2008) |
| 03/10/2008 | ● 5 | TRANSMITTAL of DOCUMENTS on *3/10/2008* to * Clerk, USDC Northern District* *450 Golden Gate Avenue* *San Francisco, CA 94102*. ** *Electronic Documents: 1 to 4. *. (Esteves, C) (Entered: 03/10/2008) |

I hereby attest and certify on ___ 2-10-08
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By_____ Deputy



# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

OBA L. FRELIMO,                          1:08-cv-00323 OWW DLB HC

        Petitioner,              <u>ORDER OF TRANSFER</u>

   v.

DERRAL ADAMS, Warden,

        Respondent.

_____/

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

     In this case, Petitioner is challenging the validity of his conviction and sentence. The proper venue for challenging the validity of his sentence is the district court containing the sentencing court, while the proper venue to challenge the execution of his sentence is the district court containing the prison in which Petitioner is incarcerated.

     Although Petitioner has filed in the proper district court to challenge the execution of his

1

E-filing

AO 241     (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

**FILED**

MAR 0 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| United States District Court | District NORTHERN |
|---|---|
| Name · MR. OBA LEE FRELIMO | Prisoner No. J-25500    Case No. |

Place of Confinement

CV 08     1505 MMC

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| MR. OBA LEE FRELIMO | V. WARDEN DERRAL ADAMS **(PR)** |

The Attorney General of the State of: CALIFORNIA 1:08-CV-323 OWW DLB (HC)

## PETITION

1. Name and location of court which entered the judgment of conviction under attack SAN FRANCISCO SUPERIOR COURT 850 BRYANT ST DEPT 22, SF. C.A.

2. Date of judgment of conviction 5-5-1994

3. Length of sentence 15 to Life

4. Nature of offense involved (all counts) 187 P.C.   2ND DEGREE MURDER

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   I TOOK A DEAL 2ND DEGREE MURDER 15 to life, and Told I'd do 7 years at a BootCamp and Be on lifetime Parole.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐     No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐     No ☑

AO 241    (Rev. 5/85)

9.    If you did appeal, answer the following:

(a)  Name of court _____ N/A _____

(b)  Result _____

(c)  Date of result and citation, if known _____

(d)  Grounds raised _____

_____

(e)  If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1)  Name of court _____ N/A _____

(2)  Result _____

_____

(3)  Date of result and citation, if known _____

(4)  Grounds raised _____

_____

(f)  If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1)  Name of court _____ N/A _____

(2)  Result _____

_____

(3)  Date of result and citation, if known _____

(4)  Grounds raised _____

_____

10.    Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes  ☒    No  ☐

11.    If your answer to 10 was "yes," give the following information:

(a)  (1)  Name of court SAN FRANCISCO SUPERIOR COURT

(2)  Nature of proceeding WRIT OF HABEAS CORPUS

(3)  Grounds raised INEFFECTIVE ASSISTANCE OF COUNSEL

AO 241   (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐    No ☒

(5) Result  DENIED

(6) Date of result  N/A

(b) As to any second petition, application or motion give the same information:

(1) Name of court  SUPREME COURT OF CALIFORNIA

(2) Name of proceeding  WRIT OF HABEAS CORPUS

(3) Grounds raised  U.S. CONSTITUTION 14TH AMENDMENT Violation [1st GROUND]. U.S. CONSTITUTION 14TH AMENDMENT Viola-TION [2nd GROUND] U.S. CONSTITUTION 8TH AMEND-MENT Violation [3RD GROUND]

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐    No ☒

(5) Result  DENIED

(6) Date of result  5-9-2007

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc.    Yes ☐    No ☒

(2) Second petition, etc.    Yes ☒    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

I didn't Appeal the Adverse Action because I was without full case documents AND information needed TO Proceed! MY REQUESTS FOR TRANSCRIPTS. WERE IGNORED.

12.   State *concisely*, every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241     (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: CONVICTION OBTAINED BY A VIOLATION OF THE PRO-TECTION AGAINST DOUBLE JEOPARDY.

Supporting FACTS (state *briefly* without citing cases or law): Petitioner was 16 years old at the time of the offense, and a ward of the S.F. Juvenile court system! Petitioner had a co-defendent who was 18 years old and held in the county jail, charged with the same offenses in Adult court, as Petitioner. Petitioner was put in jeopardy.... [SEE ATTACHED P8]

B. Ground two: DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL.

Supporting FACTS (state *briefly* without citing cases or law): Petitioner was provided a Public Defender from the Juvenile courts. MR. BARRY MELTON, whom was ineffective in defending Petitioner, due to various reasons, including personal conflicts with Petitioner and inadequate defense skills below the level of effective counsel. [SEE ATTACHED PAGE.]

[4]

A. GROUND ONE: [CONTINUED FROM P.8.5]
during adjudicatory hearings, and preparing for
trial in Juvenile court; when petitioner came
forward in co-defendents adult court hearing
and admitted "GUILTY" of offenses, and took
responsibility for the crime which was an
accident. The Superior courts set a date to
test the evidence and truth validity of
petitioner's stated confession of guilty, and
found that petitioner was in fact telling
the truth, and dismissed all charges against
co-defendent Arvid Edwards, who was at
that point released from jail and the
case. Petitioner, was still a ward of the
Juvenile system, and under the Juvenile court-
-s jurisdiction facing trial, when the guilty
plea and confession was established, thus
forth sealing the case, as complete, for
sentencing in Juvenile court. However, that
didn't happen. Prosecution filed a motion for
a 707.2 hearing to try petitioner as an
adult, which the courts granted, after the
fact of petitioners "GUILT" being admitted, as
Juvenile court procedures were in progress.
This completely, willfully, violated petitioners
due process rights, to be equally protected
by the law and freedom from double
jeopardy. [END]

[1]

1  B. GROUND TWO: [CONTINUED FROM P.6.5]
2  ...Public Defender, MR. BARRY MELTON filed A
3  WRIT STATING AND ADMITTING HIS OWN INE-
4  -FFECTIVENESS, AS PETITIONERS COUNSEL AND
5  TO BE REMOVED FROM THE CASE, BECAUSE
6  he could NOT DEFEND PETITIONER AT All. The
7  WRIT IN WHICH WAS filed, The COURTS DE-
8  -NIED, FORCING THE PUBLIC DEFENDER TO STAY
9  ON PETITIONERS CASE, EVEN THOUGH HE HAD
10  STATED AND MADE CLEAR HE WAS INEFFECTIVE.
11  PETITIONER WAS CLEARLY DENIED DUE PROCESS
12  RIGHTS TO BE DEFENDED AND legally represent-
13  -ed by EFFECTIVE ASSISTANCE OF COUNSEL
14  DURING THE course OF All COURT PROCEEDINGS,
15  That lead UP TO PETITIONER BEING illegally
16  TRIED AS AN ADULT, AND SENTENCED illegiti-
17  -mately TO  15 YEARS TO life, indeterminate
18  TERM, WITH THE POSSIBILITY OF PAROLE.
19            [END]
20
21
22
23
24
25
26
27
28

COURT PAPER

AO 241    (Rev. 5/85)

C.  Ground three: DENIAL OF RIGHT TO APPEAL

Supporting FACTS (state *briefly* without citing cases or law): Petitioner REQUESTED TO APPEAL, AND WAS DENIED. Petitioner WAS TOLD THAT APPEAL COUNSEL WAS APPOINTED TO HIS CASE # 151728, however NO COUNSEL ever CONTACTED Petitioner AND Filed AN APPEAL. ESPECIALLY: When PLEA BARGAIN HAD BEEN NOT HONORED.

D.  Ground four: CONVICTION OBTAINED BY PLEA OF GUILTY Which WAS UNlawfully induced OR NOT MADE VOLUNTARILY With the UNDERSTANDING OF THE NATURE OF THE CHARGE AND THE CONSEQUENCES OF THE
Supporting FACTS (state *briefly* without citing cases or law): PLEA.
Petitioner Plead GUILTY TO 2ND DEGREE Murder IN A PLEA AGREEMENT BECAUSE COUNSEL told him to do it. Counsel told Petitioner that it WAS A WASTE OF Time GOING TO TRIAL, because he'd talked TO THE D.A. WILLIAM FAZIO, AND JUDGE HONORABLE AlFRED CHIANTELLI. [SEE PG ATTACHED]

13.   If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state
*briefly* what grounds were not so presented, and give your reasons for not presenting them: [A.] GROUND ONE WASN'T PRESENTED, DUE TO IT BEING DIFFICULT to obtain All COURT DOCUMENTS, WHICH I've been denied by STATE COURTS AND counsel, AS well. Petitioner [see attached page]

14.   Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐    No ☑

15.   Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a)  At preliminary hearing P.D. BARRY MELTON (N/A

(b)  At arraignment and plea P.D. BARRY Melton N/A

(6)

[4]

D. GROUND FOUR: [CONTINUED FROM PG.6]
.... AND THAT THE JUDGE TOLD HIM, NO MA-
-tter WHAT, IF I TOOK THE CASE TO TRIAL, HE'D
SENTENCE ME TO life IN PRISON, AS OPPOSED
TO THE "Vehicular MANSLAUGHTER", IN which
IN ESSENCE WAS MY OFFENSE, I WAS GUI-
lty OF, AND AGREED TO PLEA GUILTY OF IN
ADULT COURT. Petitioner's COUNSEL THREATENED
TO WALK OUT ON PETITIONER IF IN FACT, I
WANTED TO GO TO TRIAL, KNOWINGLY HE WAS
THE ONLY ONE WHO had THE EVIDENCE TO PRO-
-ve "Vehicular MANSLAUGHTER", FROM WITNESSES
STATEMENTS. AND SHOW THAT THE MURDER WAS
ACCIDENTAL - AND NOT OCCURED DURING THE
COURSE OF THE FELONY 2ND DEGREE Robbery.
WHICH I WAS ALSO CHARGED WITH, THAT
WAS DISMISSED.
        Petitioner's COUNSEL STATED That THE
DEAL WAS for 7 YEARS, THAT WOULD BE DONE
AT A PRISON BOOT-CAMP, 15 YEAR'S MAX if
I GOT ANY WRITE-UPS 115 RVR'S, IN which
I'd BE RELEASED ON PAROLE After DOING The
YEARS TOTAL TERM, for A lifeTIME PAROLE
PERIOD! THEN AND ONLY THEN, While ON PAR-
-ole, if I VIOLATED, I'D have TO DO THE
indeterminate life TERM, UNTIL THE BOARD
OF PRISON TERMS, felt I WAS SUITABLE for
PAROLE. This is WHAT Petitioner WAS ....

[2.]

D. AROUND FOUR: [CONTINUED FROM PG. 6. 1*)
.TOLD HIS PLEA TO 2ND DEGREE MURDER
CONSISTANT WITH 15 TO life, DETAILED.
Also, DO TO THE NATURE OF THE OFFE-
-NSE bEING AcCidENTAL, AND PETITIONER
bEING A JUvENILE, IT WOULD BE BEST FOR
PETITIONER's REhAbILITATION to GO TO A
BOOT CAMP, AND GET SCHOOLING, TRADES,
AND PROGRAMS FOR rehAbilitAtioN!
    However, NONE OF THE ABOVE WAS rESP-
-ECTED OR HONORED. ONCE, PETITIONER TURN-
-ED 18 YEARS OLD, AND WAS TRANSFERED
FROM THE CAlifOrNIA YOUTH AUTHORITY, TO
THE C.A. DEPARTMENT OF CORRECTIONS. A
BOOT-CAMP WORKSHEET WAS DONE, TO ENROLL
PETITIONER INTO THE BOOT-CAMP, AND IT WAS
DENIED DUE TO PETITIONER's TERM! [ SEE
ATTACHED EXHIBITS [A] AND [B] .]
    PETITIONER hAS been STUCK IN C.D.C.
MAIN PRISON POPUlATION EVER SINCE, DENIED,
PLEA DEAL, PAROLE, IN WHICH PETITIONER hAs
SERVED 15 YEARS AND NEEDS RELIEF, to be
RELEASED IMMEDIATELY. BECAUSE PETITIONER
WOULDVE been RELEASED ON his 25TH BIRTH
-DAY, HAD NOT NUMEROUS VIOLATIONS OF DUE
PROCESS DENIAL, OCCURED, AND MY RIGHTS
been EQUALLY PROTECTED UNDER THE LAW.
[ END]

[ CONTINUED [13] FROM PAGE 6.]

.... IS A UNSKILLED OR TRAINED LAYMAN OF THE LAW, AND NEEDED COUNSEL TO APPEAL MY GRO-UNDS effectively, AS should've been done, YET DENIED.

[B] GROUND TWO, WASN'T PRESENTED DUE TO THE SAME REASONS. Petitioner, DOESN'T HAVE THE WRIT TO ATTACH AS AN EXHIBIT TO SHOW AS FACTUAL, MY CLAIMS OF INEFFECTIVE ASSISTANCE, having MERIT! YET Petitioner, does KNOW THAT SAID DOCUMENTS EXIST IN Petitioner's CASE-FILE, That he's being denied ACCESS TO. Petitioner's COUNSEL BARRY MELTON CLEARLY STATED He WAS INEFFECTIVE, AND COULDN'T DEFEND Petitioner IN COURT, AND should've been removed from Petitioner's CASE AS REQUESTED! Because he WASN'T, AND WRIT WAS DENIED, IT PROVES WITHOUT A DOUBT, Petitioner WAS DENIED effective COUNSEL, AND HAS GROUNDS for relief, AND reversal OF SENTENCE, re-SENTENCING, AND release FROM PRISON. BASED ON FACTS OF LAW, THAT HAD Petitioner's RIGHTS OF DUE PROCESS NOT been VIOLATED, AND DOUBLE JE-OPARDY SUFFERED, by THE APPOINTMENT AND forced INEFFECTIVE COUNSEL for representation. Petitioner would've been SENTENCE IN Juveni-le COURT, TO C.Y.A. Till HIS 25TH BIRTHDAY.

AO 241    (Rev. 5/85)

(c) At trial _____ N/A _____

(d) At sentencing __P.D. BARRY NELTON__ N/A _____

(e) On appeal _____ N/A _____

(f) In any post-conviction proceeding _____ N/A _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ N/A ____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
    _____ N/A _____
    (b) Give date and length of the above sentence: _____ N/A _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐    No ☒

    Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

    _____
    Signature of Attorney (if any)

    I declare under penalty of perjury that the foregoing is true and correct. Executed on

    __2 - 28 - 2008__
    Date

    _____
    Signature of Petitioner

(7)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sacramento Clerk's Office | Fresno Clerk's Office |
| 501 "I" Street , Suite 4−200 | 2500 Tulare Street , Suite 1501 |
| Sacramento, CA 95814 | Fresno, CA 93721 |
| 916−930−4000 | 559−499−5600 |

**March 7, 2008**

**Case Number: 1:08−CV−00323−OWW−DLB**

**Case Title:** **OBA L. FRELIMO,** vs. **DERRAL ADAMS,**

**Dear Litigant,**

You are hereby notified that the above case number has been assigned to your action.   You are to include it on all correspondence (e.g., letters, filings, and inquiries) sent to the court. Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

**Office of the Clerk
United States District Court
Eastern District of California
2500 Tulare Street , Suite 1501
Fresno, CA 93721**

For timely processing of your filings or correspondence, please comply with our Local Rules of Court, in particular:

**Local Rule 5−133 (modified)** You are **not** required to send this court an original plus one copy of all documents submitted for filing (e.g., pleadings, motions, correspondence, etc.).   You are **only** required to send this court the original for filing.   **No** extra copies are required.   **However**, if you desire to receive a conformed copy for your records, you must send the original **plus** one (1) copy **and** a pre−addressed postage−paid envelope for us to return your copy to you.

**Local Rules 30−250, 33−250, 34−250 and 36−250** Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion at issue before the court.

**Local Rule 5−135** Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them with copies of all documents you submitted to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service.   A sample proof of service is attached.

**Local Rule 7-130 (modified)** Documents submitted to this court may be either typewritten <u>or</u> handwritten but <u>must</u> be legible, and writing shall be on one (1) side of the page <u>only</u>.

**Local Rule 7-132** Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page.

**Local Rules 83-182** Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address by filing separate notice; absent such notice, service at prior address shall be fully effective. A sample Notice of Change of Address form is attached.

<u>Other Provisions:</u>

A complete copy of the Local Rules should be available in the prison library.   We do not provide individual copies to litigants.

**Request for Case Status** The court will notify you as soon as any action is taken in your case.  Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive <u>all</u> court decisions which might affect the status of your case.

**Copy Work** The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from the Attorney's Diversified Service (ADS) by writing to them at: 741 N. Fulton Street, Fresno CA 93728, or by phoning 800-842-2695. The court will provide copies of docket sheets at $0.50 per page.   Note: In Forma Pauperis status does not include the cost of copies.

**Proposed Orders** Parties are not required to submit a proposed order when filing a motion. If a proposed order is submitted, the court may disregard the order and prepare its own order.

As noted, the requirements set forth in Local Rule 5-135 and 7-130 have been modified in this letter. These modifications apply to civil rights and habeas cases filed in the Fresno Division of the Eastern District of California by prisoners proceeding pro se (without counsel).

Victoria C. Minor
Clerk of Court
United States District Court

by:  /s/  M. Sondheim

Deputy Clerk

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

_____

v.                                                **Case Number:**

_____

                                                  **PROOF OF SERVICE**

_____  /


I hereby certify that on  _____, I served a copy

of the attached  _____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter

listed, by depositing said envelope in the United States Mail at

_____ :

(List Name and Address of Each
Defendant or Attorney Served)




                I declare under penalty of perjury that the foregoing is true and correct.


                        _____

                        **(Signature of Person Completing Service)**

Name:_____

I.D. #:_____

Address _____

_____

_____

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

_____
(Plaintiff/Petitioner)

v.                                            **Case Number:**

_____
(Defendant(s)/Respondent)

                                            **NOTICE OF CHANGE
                                            OF ADDRESS**

_____ /

**PLEASE TAKE NOTICE THAT (print name)** _____

hereby submits a notice of change of address in the above – entitled case as follows:

**OLD ADDRESS:** _____

_____

**NEW ADDRESS:** _____

_____

DATED: _____        _____

                                            **Signature of Plaintiff/Petitioner**

**YOU MUST FILE AN ORIGINAL CHANGE OF ADDRESS
FORM IN EACH OF YOUR OPEN CASES**

## NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE

## TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local
Rule 73–305, the United States Magistrate Judges sitting in Sacramento and Fresno are available
to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive
proceedings in this action, including motions to dismiss, motions for summary judgment, a jury
or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge
is however, permitted only if all parties voluntarily consent. You may, without adverse
substantive consequences, withhold your consent, but this will prevent the court's case
dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United
States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the
same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent to pursuant to 28 U.S.C. § 636(c) the assigned
Magistrate Judge will hear all motions except those case dispositive motions set forth in 28
U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate
Judge" is attached hereto for pro per use and attorney information. This form is available in
fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers.
This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's
Office location.

| | |
|---|---|
| Office of the Clerk | Office of the Clerk |
| 501 I Street, Room 4–200 | 2500 Tulare Street , Suite 1501 |
| Sacramento, CA 95814 | Fresno, CA 93721 |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**OBA L. FRELIMO,**

Plaintiff(s)/Petitioner(s),

vs.

CASE NO. **1:08−CV−00323−OWW−DLB**

**DERRAL ADAMS,**

Defendant(s)/Respondents(s).

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF
A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE
SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

☐   **CONSENT TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned
hereby voluntarily consents to have a United States Magistrate Judge conduct all further
proceedings in this case, including trial and entry of final judgment, with direct review by the
Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____          Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

☐   **DECLINE OF JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the
availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____          Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

*If representing more than one party, counsel must indicate name of each party responding.*

UNITED STATES COURTS
OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO, CALIFORNIA 93721-1318

OFFICIAL BUSINESS

9410233469 C004



MAR 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

Hasler

016H16505538
$00.580
Mailed From 93721
03/10/2008
US POSTAGE