E-filing

CV 08 1505 MMC (PR)

**MR. OBA L. FRELIMO**
Petitioner

**WARDEN DARRAll ADAMS**
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

FILED
MAR 20 09
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

1:08 CV-323 DWW DLB (He)

I, **MR. OBA L. FRELIMO**, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

RECEIVED
FEB 20 2008
TRUST OFFICE

1. Are you presently employed? ☐ Yes ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. **N/A**

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment? ☐ Yes ☒ No
    b. Rent payments, interest or dividends? ☐ Yes ☒ No
    c. Pensions, annuities or life insurance payments? ☐ Yes ☒ No
    d. Gifts or inheritances? ☐ Yes ☒ No
    e. Any other sources? ☒ Yes ☐ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: **FAMILY SUPPORT FROM TIME TO TIME. $25, $50, $100.**

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
    ☐ Yes ☒ No

    If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No
   If the answer is yes, describe the property and state its approximate value: _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____N/A_____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____ /s/ _____
              Date                        Signature of Petitioner

### CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ ____0____ on account to his credit at the __CSP-Corcoran__ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: ____0____

__2/21/08__                                __Q. Glass  ACII__
   Date                         Authorized Officer of Institution/Title of Officer

```
REPORT ID: TS3030  .701                           REPORT DATE: 02/21/08
                                                  PAGE NO:        1
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                          KERN VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                 FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 21, 2008

ACCOUNT NUMBER : J25506                  BED/CELL NUMBER:
ACCOUNT NAME   : PRELIMO, OBA            ACCOUNT TYPE: T
PRIVILEGE GROUP:
                           TRUST ACCOUNT ACTIVITY

     TRAN
DATE CODE DESCRIPTION  COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
---- ---- -----------  -------   ---------  --------  -----------  -------

08/01/2007  BEGINNING BALANCE                                         0.00

08/29 D300 CASH DEPOSIT  0354/MR              50.00                  50.00
09/05 D300 CASH DEPOSIT  0377/MR             100.00                 150.00
09/06 W516 LEGAL COPY CH 0389/LCOPY                       7.40      142.60
09/13 W610 TRANSFER OF T 0436/COR  165003708            142.60        0.00

                          TRUST ACCOUNT SUMMARY

    BEGINNING    TOTAL       TOTAL        CURRENT     HOLDS       TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS  BALANCE     BALANCE     TO BE POSTED
    ---------    --------    -----------  -------     -------     ------------

      0.00       150.00       150.00        0.00       0.00          0.00

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              ---------
                                                0.00
```

THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION
BY
TRUST OFFICE



```
REPORT ID: TS3030  .701                         REPORT DATE: 02/21/08
                                                PAGE NO:           1
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                      CALIF CORRECTIONAL INSTITUTION
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: SEP. 01, 2007 THRU FEB. 21, 2008

ACCOUNT NUMBER : J25506                    BED/CELL NUMBER:
ACCOUNT NAME   : FRELIMO, OBA              ACCOUNT TYPE: T
PRIVILEGE GROUP:

                         TRUST ACCOUNT ACTIVITY

      TRAN
DATE  CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----  ----  -----------   -------   ---------  --------  -----------  -------
09/01/2007  BEGINNING BALANCE                                            0.00

09/19 W810  CANCELLED CHE 1904/6467D                         2.00-      2.00
09/19 W610  TRANSFER OF T 1943 COR  185371810                 2.00      0.00

                         TRUST ACCOUNT SUMMARY

BEGINNING   TOTAL      TOTAL         CURRENT    HOLDS       TRANSACTIONS
BALANCE     DEPOSITS   WITHDRAWALS   BALANCE    BALANCE     TO BE POSTED
---------   --------   -----------   -------    -------     ------------
  0.00        0.00        0.00         0.00       0.00         0.00

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                      ---------
                                                         0.00
```

```
EPORT ID: TS3030   .701                          REPORT DATE: 02/20/08
                                                 PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                      CALIF. STATE PRISON CORCORAN
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 20, 2008

CCOUNT NUMBER : J25506              BED/CELL NUMBER: ASU100000000190U
CCOUNT NAME   : FRELIMO, OBA        ACCOUNT TYPE: I
RIVILEGE GROUP: D
                          TRUST ACCOUNT ACTIVITY
      TRAN
ATE   CODE  DESCRIPTION    COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----  ----  -----------    -------   ---------   --------   -----------   -------

8/01/2007   BEGINNING BALANCE                                                0.00

9/20 D320 TRUST FUNDS T 1101/KVSP               142.60                     142.60
9/25 D320 TRUST FUNDS T 1136/CCI                  2.00                     144.60
0/01 FC11 CANTEEN DRAW- 1181/ASU-1                             45.00        99.60
0/01 D300 CASH DEPOSIT  1193/17608               50.00                     149.60
0/01 D300 CASH DEPOSIT  1193/17608               45.00                     194.60
0/11 D300 CASH DEPOSIT  1340/17649              100.00                     294.60
0/12 W509 LIBRARY DUE T 1353/09-26                              0.60       294.00
0/12 W415 CASH WITHDRAW 1357/CW     195191009                  40.00       254.00
0/12 W415 CASH WITHDRAW 1357/CW     195191012                  19.95       234.05
0/12 W415 CASH WITHDRAW 1357/CW     195191013                  60.00       174.05
0/15 W703 IWF SUBSCRIPT 1376/SUB                                4.49       169.56
0/15 W703 IWF SUBSCRIPT 1376/SUB                                1.50       168.06
0/15 W703 IWF SUBSCRIPT 1376/SUB                                1.50       166.56
0/15 W360 SUBSCRIPTION  1376/SUB    195191044                  44.92       121.64
0/15 W360 SUBSCRIPTION  1376/SUB    195191045                  15.00       106.64
0/15 W360 SUBSCRIPTION  1376/SUB    195191046                  15.00        91.64
0/24 W515 COPY CHARGE   1518/MED                                3.60        88.04
1/02 FC11 CANTEEN DRAW- 1610/4AASU                             45.00        43.04
1/08 W703 IWF SUBSCRIPT 1706/SUBS                               1.80        41.24
1/08 W703 IWF SUBSCRIPT 1706/SUBS                               0.70        40.54
1/08 W360 SUBSCRIPTION  1706/SUBS   195191378                  18.00        22.54
1/08 W360 SUBSCRIPTION  1706/SUBS   195191379                   7.00        15.54
1/08 W999 REVERSE CASH  1710/RVSCW                             60.00-       75.54
1/13 W415 CASH WITHDRAW 1737/CW     195191415                  20.00        55.54
1/20 W502 POSTAGE CHARG 1831/11-16                              0.41        55.13
2/03 FC11 CANTEEN DRAW- 1907/4A1DR                             45.00        10.13
2/04 W509 LIBRARY DUE T 1951/11-07                              0.15         9.98
2/06 W512 LEGAL POSTAGE 1997/12-03                              1.31         8.67
2/17 W703 IWF SUBSCRIPT 2132/SUBS                               0.30         8.37
2/17 W703 IWF SUBSCRIPT 2132/SUBS                               0.30         8.07
2/17*W360 SUBSCRIPTION  2132/SUBS   195191933                   3.00         5.07
2/17*W360 SUBSCRIPTION  2132/SUBS   195191934                   3.00         2.07
2/20 W502 POSTAGE CHARG 2214 12 09                              0.82         1.25
2/28 W512 LEGAL POSTAGE 2298/12-27                              0.41         0.84
     ACTIVITY FOR 2008
1/08 D300 CASH DEPOSIT  2422/17970               25.00                      25.84
1/10 W509 LIBRARY DUE T 2457/12-21                              2.40        23.44
1/10 W509 LIBRARY DUE T 2457/01-04                              2.35        21.09
2/01 W703 IWF SUBSCRIPT 2790/SUBS                               1.00        20.09
2/01 W360 SUBSCRIPTION  2790/SUBS   195192654                  10.00        10.09
2/05 FC11 CANTEEN DRAW- 2827/ASU                               10.09         0.00
```

| | | |
|---|---|---|
| 2/13 D300 CASH DEPOSIT  2950/18083 | 25.00 | 25.00 |

```
EPORT ID: TS3030  .701                          REPORT DATE: 02/20/08
                                                PAGE NO:           2
                   CALIF. STATE PRISON CORCORAN
                   INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 20, 2008

CCT:  J25506     ACCT NAME: FRELIMO, OBA          ACCT TYPE: I


                       CURRENT HOLDS IN EFFECT
  DATE       HOLD
  PLACED     CODE        DESCRIPTION           COMMENT      HOLD AMOUNT
  ---------  ----   -----------------------   -----------   -----------
  2/15/2008  H118   LEGAL COPIES HOLD         2974/01-31         58.60

                        TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL         TOTAL       CURRENT      HOLDS      TRANSACTIONS
 BALANCE      DEPOSITS      WITHDRAWALS BALANCE      BALANCE    TO BE POSTED
 ---------    --------      ----------- -------      -------    ------------
     0.00       389.60          364.60    25.00        58.60          0.00


                                          CURRENT
                                         AVAILABLE
                                          BALANCE
                                         ---------
                                            33.60-
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 02/21/2008
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____  ACII
TRUST OFFICE