(1)

Mr. Oba L. Frelimo/J-25506
CSP/CORCORAN/ASU1-190
P.O. Box 3456
Corcoran, CA, 93212

FILED
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

April 15th, 2008 /MMC

Clerk, Richard W. Wieking
Office of the Clerk U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA, 94102....

In Re: Case Number: CV-08-1505

[90-Extension for [In forma Pauperis] / Appointment of Counsel.]

Dear Courts; This letter I send to the courts respectfully, requesting a 90-day extension, to send in [In forma Pauperis] on my case! I'm presently housed at a prison that's, been tampering with my mail, and all officers and my counselor, refuse to carry out their duties in assuring that my legal-matters are handled properly due to the fact of my situation, sending me here from another prison! The dead-line notification of thirty days, was sent to me from your courts on Mar, 27, 2008, I received it April 2, 2008, and sent it to Corcoran Trust Office, April 3rd, 2008, via institutional mail informing them of my deadline, and to please get the "In forma Pauperis" to my counselor before the 18th, so I can make my dead-line! This wasn't done, and today I talked with my assigned counselor CCI Chaistain, whom refused to call Trust and find out where my "In forma Pauperis" is, and told me I had to wait!

At this point, I see this sabotage of my writ.... [Next] pg.

(CON).... IN FULL BLOOM, TO BE DENIED, BECAUSE I ASKED MY CUSTODY OFFICER'S TO ASSIST ME, AND THEY DENIED ME, TELLING ME TO "CONTACT MY LAWYER", KNOWINGLY THAT I HAVE NO COUNSEL. I WAS REFUSED TO TALK TO ANY HIGHER AUTHORITY, TO ASSIST ME IN THIS MATTER, SGT, LT., CPT. DUE TO SUCH REFUSAL, AND MY BEING HELD IN THIS Ad/Seg. FROM ANOTHER PRISON, K.V.S.P., AND THE ADVERSE MEASURES AND METHODS OF SABOTAGE, & MAIL BEING TAMPERED WITH, THAT STARTED AROUND SEPT, 2007; IN WHICH CUSTODY OFFICER'S, HAVE THROWN AWAY/LOST, AND WITHHELD PETITIONERS MAIL. I REQUEST A 90-DAY EXTENTSION, TO SEND IN MY [IN FORMA PAUPERIS], AND REQUEST FOR APPOINTMENT OF COUNSEL, IN ORDER TO PROTECT MY DUE PROCESS RIGHTS OF EQUAL PROTECTION OF THE LAWS, THAT ARE GROSSLY BEING VIOLATED.

  THANK YOU FOR YOUR TIME AND PATIENCE IN THIS MATTER, AND I PRAY FOR YOUR UNDERSTANDING, AND SOME RELIEF IN MY PRESENT SITUATION!

      Respectfully submitted: _____
      DATED: _____

M. DBA freiMO/ J-25506
CSP/ CORCORAN/ ASU1-190
P.O. BOX 3456
CORCORAN, CA, 93212

CONFIDENTIAL
LEGAL MAIL

CLERK RICHARD W. WIEKING
OFFICE OF THE CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA, 94102