E-filing

FILED
MAY - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MR. OBA FRAIMO                    Plaintiff,

vs.

WARDEN DARRAI ADAMS        Defendant.

CV 08 CASE NO. _____ 1505

PRISONER'S MMC
APPLICATION TO PROCEED
IN FORMA PAUPERIS (PR)

I, OBA FRAIMO _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.  (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _____

5   _____

6   _____

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9        a.    Business, Profession or               Yes ____ No __Y__

10            self employment

11       b.    Income from stocks, bonds,             Yes ____ No __V__

12            or royalties?

13       c.    Rent payments?                         Yes ____ No __V__

14       d.    Pensions, annuities, or                Yes ____ No __V__

15            life insurance payments?

16       e.    Federal or State welfare payments,     Yes ____ No __V__

17            Social Security or other govern-

18            ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23   3.      Are you married?                          Yes ____ No __V__

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28   4.   a.    List amount you contribute to your spouse's support: $ _____

1       b.     List the persons other than your spouse who are dependent upon you for

2             support and indicate how much you contribute toward their support. (NOTE:

3             For minor children, list only their initials and ages. DO NOT INCLUDE

4             THEIR NAMES.).

5                            N/A

6

7   5.     Do you own or are you buying a home?       Yes ____ No ✓

8   Estimated Market Value: $_____ _____ Amount of Mortgage: $_____

9   6.    Do you own an automobile?            Yes ____ No ✓

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $_____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account? Yes _____ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes ____ No ____ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ____ No ✓

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ _____ N/A _____ Utilities: _____ N/A _____

23   Food: $ _____ N/A _____ Clothing: _____ N/A _____

24   Charge Accounts:

25   Name of Account      Monthly Payment      Total Owed on This Acct.

26   _____   $ _____   $ _____

27   _____   $ _____   $ _____

28   _____   $ _____   $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable. Do not include account numbers.)

3  _____ N/A _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?    Yes ____ No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____ N/A _____

10  _____

11    I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13    I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  APRIL 2, 2008          Mr. _____

17    DATE                SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

Case Number: CV 08 1505

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Frelimo (J. 25506) for the last six months
[prisoner name]
CSP- Corcoran where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 30.00 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 30.00 .

Dated: 4-7-08

Dula Fernandez A.C.II
[Authorized officer of the institution]

- 5 -

REPORT ID: TS3030  .701                                    REPORT DATE: 04/07/08
                                                              PAGE NO:      1

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            CALIF. STATE PRISON CORCORAN
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU APR. 07, 2008

ACCOUNT NUMBER : J25506                    BED/CELL NUMBER: ASU100000000190U
ACCOUNT NAME   : FRELIMO, OBA              ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                          TRUST ACCOUNT ACTIVITY

        TRAN
DATE  CODE  DESCRIPTION   COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ----  ------------- --------- ---------  --------  -----------  --------

10/01/2007   BEGINNING BALANCE                                         144.60

10/01 FC11 CANTEEN DRAW- 1181/ASU-1                          45.00      99.60
10/01 D300 CASH DEPOSIT  1193/17608           50.00                    149.60
10/01 D300 CASH DEPOSIT  1193/17608           45.00                    194.60
10/11 D300 CASH DEPOSIT  1340/17649          100.00                    294.60
10/12 W509 LIBRARY DUE T 1353/09-26                          0.60      294.00
10/12 W415 CASH WITHDRAW 1357/CW   195191009               40.00      254.00
10/12 W415 CASH WITHDRAW 1357/CW   195191012               19.95      234.05
10/12 W415 CASH WITHDRAW 1357/CW   195191013               60.00      174.05
10/15 W703 IWF SUBSCRIPT 1376/SUB                           4.49      169.56
10/15 W703 IWF SUBSCRIPT 1376/SUB                           1.50      168.06
10/15 W703 IWF SUBSCRIPT 1376/SUB                           1.50      166.56
10/15 W360 SUBSCRIPTION  1376/SUB  195191044               44.92      121.64
10/15 W360 SUBSCRIPTION  1376/SUB  195191045               15.00      106.64
10/15 W360 SUBSCRIPTION  1376/SUB  195191046               15.00       91.64
10/24 W515 COPY CHARGE   1518/MED                           3.60       88.04
11/02 FC11 CANTEEN DRAW- 1610/4AASU                        45.00       43.04
11/08 W703 IWF SUBSCRIPT 1706/SUBS                          1.80       41.24
11/08 W703 IWF SUBSCRIPT 1706/SUBS                          0.70       40.54
11/08 W360 SUBSCRIPTION  1706/SUBS 195191378               18.00       22.54
11/08 W360 SUBSCRIPTION  1706/SUBS 195191379                7.00       15.54
11/08 W999 REVERSE CASH  1710/RVSCW                        60.00-      75.54
11/13 W415 CASH WITHDRAW 1737/CW   195191415               20.00       55.54
11/20 W502 POSTAGE CHARG 1831/11-16                         0.41       55.13
12/03 FC11 CANTEEN DRAW- 1907/4A1DR                        45.00       10.13
12/04 W509 LIBRARY DUE T 1951/11-07                         0.15        9.98
12/06 W512 LEGAL POSTAGE 1997/12-03                         1.31        8.67
12/17 W703 IWF SUBSCRIPT 2132/SUBS                          0.30        8.37
12/17 W703 IWF SUBSCRIPT 2132/SUBS                          0.30        8.07
12/17*W360 SUBSCRIPTION  2132/SUBS 195191933                3.00        5.07
12/17*W360 SUBSCRIPTION  2132/SUBS 195191934                3.00        2.07
12/20 W502 POSTAGE CHARG 2214 12 09                         0.82        1.25
12/28 W512 LEGAL POSTAGE 2298/12-27                         0.41        0.84
      ACTIVITY FOR 2008
01/08 D300 CASH DEPOSIT  2422/17970           25.00                    25.84
01/10 W509 LIBRARY DUE T 2457/12-21                         2.40       23.44
01/10 W509 LIBRARY DUE T 2457/01-04                         2.35       21.09
02/01 W703 IWF SUBSCRIPT 2790/SUBS                          1.00       20.09
02/01 W360 SUBSCRIPTION  2790/SUBS 195192654              10.00       10.09
02/05 FC11 CANTEEN DRAW- 2827/ASU                          10.09        0.00
02/13 D300 CASH DEPOSIT  2950/18083           25.00                    25.00
02/26 W516 LEGAL COPY CH 3095/01-31                        25.00        0.00


THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ A.C.II
   TRUST OFFICE

03/07 D300 CASH DEPOSIT  3275/18182          60.00          60.00



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-7-09
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Dula Fernandez A.C.II
TRUST OFFICE

REPORT ID: TS3030  .701                          REPORT DATE: 04/07/08
                                                 PAGE NO:        2

                          CALIF. STATE PRISON CORCORAN
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 01, 2007 THRU APR. 07, 2008

ACCT: J25506    ACCT NAME: FRELIMO, OBA             ACCT TYPE: I
      TRAN
DATE  CODE  DESCRIPTION    COMMENT   CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----  ----  -----------    -------   ---------  --------  -----------  -------

03/10 W502 POSTAGE CHARG 3282/03 05                            4.60     55.40
03/11 W502 POSTAGE CHARG 3341 FED-X                           17.76     37.64
03/12 W534 MEDICAL CHARG 3368 KNEES                           14.00     23.64
03/17 W516 LEGAL COPY CH 3427 03 13                            0.80     22.84
03/17 W509 LIBRARY DUE T 3427 03 13                            2.40     20.44
03/17 W516 LEGAL COPY CH 3427 03 13                            1.10     19.34
03/18*W502 POSTAGE CHARG 3435 03 16                            0.41     18.93
03/18 W502 POSTAGE CHARG 3435 03 16                            0.41     18.52
03/18*W502 POSTAGE CHARG 3435 03 16                            0.41     18.11
03/25 W512 LEGAL POSTAGE 3581 02 29                            6.85     11.26
04/01 W415 CASH WITHDRAW 3640/CW   195193401                  9.00      2.26
04/02 FC11 CANTEEN DRAW- 3687/ASU                             2.26      0.00

                          TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL        CURRENT      HOLDS       TRANSACTIONS
BALANCE     DEPOSITS   WITHDRAWALS     BALANCE     BALANCE      TO BE POSTED
---------  ---------   -----------   -----------  --------     ------------
  144.60     305.00      449.60          0.00       0.00           0.00

                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                           -------------
                                               0.00
                                           -------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 4-7-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ A.C. II
TRUST OFFICE



BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES